UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CRAIG PARMER and MARK A. LAURANCE individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LAND O'LAKES, INC., THE BOARD OF DIRECTORS OF LAND O'LAKES, INC., LAND O'LAKES, INC. RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-30.<br>　　　　　　　　　　Defendants. | Case No. 20-cv-1253 (DSD/HB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS WHILE THE PARTIES MEDIATE** |

Upon consideration of the Parties' July 6, 2021 Joint Motion to Stay Proceedings While the Parties Mediate (ECF No. 80), and for good cause appearing therefrom, it is **HEREBY ORDERED**, that the Joint Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

1. The above-captioned action and all pending deadlines herein are hereby stayed until October 20, 2021 so that the Parties may engage in mediation, which is currently scheduled for October 13, 2021.

2. The Parties shall promptly inform the Court if the October 13, 2021 mediation is rescheduled. The Parties are ordered to submit a status report to the Court on October 20, 2021 regarding the outcome of mediation and state whether the Parties have reached a resolution, need additional time, or intend to proceed with the litigation.

Dated:  July 8, 2021                         s/*Hildy Bowbeer*
                                                               HILDY BOWBEER
                                                               United States Magistrate Judge